UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOLOMON STAVELEY,

    Petitioner,

v.                                Case No. 6:08-cv-82-Orl-19KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

_____

**ORDER**

Petitioner filed a Motion for Reconsideration of Order of Dismissal without Prejudice (Doc. No. 11, filed March 21, 2008), wherein he requests the Court to reopen the instant case.  The action was dismissed without prejudice on March 20, 2008, based on Petitioner's failure to comply with the Court's January 23 and February 15, 2008, Orders. *See* Doc. No. 9.

In support of the motion for reconsideration, Petitioner's counsel asserts that he failed to comply with the January 23 and February 15, 2008, Orders because of mistake and inadvertence.  *See* Doc. No. 11 at 2.  Additionally, Petitioner filed a notice of pendency in compliance with the January 23 and February 15, 2008, Orders.  *See* Doc. No. 10. Accordingly, pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

1. Petitioner's Motion for Reconsideration (Doc. No. 11) is **GRANTED**. Petitioner is warned, however, that failure to comply with future Court orders may result in the dismissal of this action without further notice.

2. The **Clerk of the Court** is directed to reopen this case.

**DONE AND ORDERED** at Orlando, Florida, this   2nd   day of April, 2008.

*[Signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 4/2
Solomon Staveley
Counsel of Record